UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JENNIFER P. FREDERICK, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) CIVIL ACTION NO. 3:08-cv-79<br>) |
| CAPITAL ONE F.S.B., | ) JUDGE BRADY<br>) |
| incorrectly identified as | ) |
| CAPITAL ONE | ) MAGISTRATE NOLAND |
| FINANCIAL CORPORATION | )<br>) |
| Defendant. | ) |

## JUDGMENT OF DISMISSAL

HAVING CONSIDERED the foregoing Joint Motion To Dismiss With prejudice;

IT IS ORDERED, ADJUDGED AND DECREED that the Petition and claims of Jennifer P. Frederick filed in the above-captioned matter are dismissed with prejudice and with each party to bear its own attorney's fees and costs.

Thus done and signed on this the 21ST day of May, 2008 in Baton Rouge, Louisiana.

Judge United States District Court
Middle District of Louisiana
JAMES J. BRADY

294919.1